IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONAT PORTER,               )
                            )
          Plaintiff,        )
                            )
     v.                     )          1:20CV573
                            )
WILLIAM P. BARR,            )
*Attorney General of the United States, et al.,*   )
                            )
          Defendants.       )

## JUDGMENT

On June 23, 2020, Plaintiff filed his Complaint, *pro se*, against a number of Defendants including governmental entities, government officials, judges, prosecutors, attorneys, and law enforcement officers. (ECF No. 1.) Due to the numerous filings and appeals in this case, a brief procedural posture describing each of the of the matters which are currently before the Court is necessary.

Therefore, the Court enters the following:

IT IS HEREBY ORDERED AND ADJUDGED that Cabarrus County Defendants' Motion to Dismiss, (ECF No. 2), is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Barr's Motion to Dismiss, (ECF No. 31,) is GRANTED and his first Motion to Dismiss, (ECF No. 9), is DENIED as MOOT.

IT IS FURTHER ORDERED AND ADJUDGED that City of Concord's Motion to Dismiss, (ECF No. 52), is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that Defendant Goff's Motion to Dismiss, (ECF No. 8), is DENIED as MOOT as Plaintiff lacks Article III standing to bring a claim against him which the Court raised sua sponte.

IT IS FURTHER ORDERED AND ADJUDGED that State Judicial Defendants Motion to Dismiss, (ECF No. 23), is DENIED as MOOT as Plaintiff lacks Article III standing to bring a claim against them which the Court raised sua sponte.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff lacks Article III standing to bring a claim against North Carolina Attorney General Joshua Stein and the State of North Carolina which the Court raised sua sponte, and therefore any claims brought against him are DISMISSED.

IT IS FURTHER ORDERED AND ADJUDGED that having determined that the claims against all defendants have been DISMISSED, this action shall be terminated by the Clerk's office.

This, the 6th day of August 2021.

/s/ Loretta C. Biggs
United States District Judge